IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BARBARA ALLISON, et al.,            )
                                     )
        Plaintiffs,                  )
                                     )
   v.                                )   CIVIL NO. 1:04CV00991
                                     )
MICHAEL A. LOMAS, et al ,            )
                                     )
        Defendants.                  )

O R D E R

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED that the motions [Docs. #20, 25, and 41] to dismiss the complaint against Heiser & Jesko, Inc., Barry C. Maloney, and Maloney & Knox, LLP, for lack of personal jurisdiction are **GRANTED**, and this action is **DISMISSED** as to Defendants Heiser & Jesko, Inc , Barry C. Maloney, and Maloney & Knox, LLP. The motions [Docs. #18 and 22] to dismiss based on improper venue and insufficiency of process by Heiser & Jesko, Inc., are **DENIED** as moot. The motion [Doc. #27] to stay by Barry C. Maloney and Maloney & Knox, LLP, is **DENIED** as moot

August 24 , 2005                     _____
                                     United States District Judge